UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE  PATRICIA J WITHAM      CASE NO. 4:23-bk-12032
DEBTOR     CHAPTER 13

ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

The Court, having considered all relevant matters, hereby Orders as follows:

1. The Court hereby grants Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(a) as to all creditors pursuant to 11 U.S.C. §362(c)(3)(B).

2. That in the event of dismissal of the present Chapter 13 bankruptcy proceeding, the Debtor shall be barred from filing a subsequent Chapter 13 case for one hundred eighty (180) days from the date of entry of the Order of Dismissal.

IT IS SO ORDERED.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 08/10/2023

Approved by:

Gregg A. Knutson
Attorney at Law
KNUTSON LAW FIRM
2119 Highway 35 S
Benton, AR 72015
(501)224-2928
(501)227-2088 (fax)
gak@knutson-law-firm.com

/s/ Gregg A. Knutson
GREGG A. KNUTSON, #97067

Luke Adams
Attorney at Law
Marinosci Law Group, P.C.
The Charter
16415 Addison Road, Suite 725
Addison, TX 75001
(972)331-2300 ext. 5002
(972)331-5240 (fax)
ladams@mlg-defaultlaw.com

/s/ Luke Adams
By: LUKE ADAMS
MARINOSCI LAW GROUP
Attorney for U.S. Bank Trust National Association


Mark T. McCarty
Chapter 13 Trustee
P.O. Box 5006
North Little Rock, AR 72119

John Mallory,
Staff Attorney for
Mark T. McCarty, Chapter 13 Trustee